

# Fourth Court of Appeals
## San Antonio, Texas

October 14, 2021

No. 04-21-00369-CV

**IN THE INTEREST OF L.L.B, J.A.B, J.A.B, A.J.B., AND B.B.L., CHILDREN,**

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2020PA01007
Honorable Linda A. Rodriguez, Judge Presiding

# O R D E R

Sitting:      Irene Rios, Justice
                Beth Watkins, Justice
                Liza A. Rodriguez, Justice

Appellant J.J.B.'s motion for extension of time to file his notice of appeal is DENIED AS MOOT.

It is so **ORDERED** on this 14th day of October, 2021.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court